IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLIN
CHARLOTTE DIVISION
CIVIL ACTION NO.3:06CV17-H

| | | |
|---|---|---|
| MARY S. BUCKLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| NORTH AMERICAN VAN LINES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on "Motion for Admission Pro Hac Vice" (document #28) filed September 27, 2006, of counsel for the Defendant, John R. Buscher. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: September 27, 2006

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge